# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP**

*Civil Action at Law for Aggravated Torts of False Imprisonment, Assault, Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 28 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| TAMAH JADA CLARK, **PLAINTIFF** | |
| Vs. | CIVIL ACTION NO. 1:24-CV-0116-JPB |
| THE "STATE OF FLORIDA", ESCAMBIA COUNTY SHERIFF CHIP SIMMONS (OFFICIAL AND PERSONAL CAPACITIES), **DEFENDANTS** | |

**Tuesday, June 25, 2024**

## NOTICE OF APPEAL

Pursuant Article III, Section 2, Clause 2, U.S. Constitution—1787 and 28 U.S.C. § 2101(b) (*See* Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157)

COMES NOW TAMAH JADA CLARK, "PLAINTIFF" ("APELLANT"), to give notice that PLAINTIFF appeals to the Supreme Court of the United States from:

a. The Order dated May 30, 2024 (Docket No. 5).

## PROOF/CERTIFICATE OF SERVICE

PLAINTIFF certifies that this Notice is served on DEFENDANTS contemporaneous with its filing with the Clerk, on June 25, 2024, via United States Postal Service (USPS) Certified Mail® (email addresses unavailable) as follows.

a. (For DEFENDENANT "THE 'STATE OF FLORIDA'"): The "State of Florida" c/o Office of Governor Ron DeSantis, 400 S. Monroe St., Tallahassee FL 32399.

b. (For DEFENDANT "CHIP SIMMONS"): Escambia County Sheriff Chip Simmons, 1700 West Leonard Street, Pensacola FL 32501.

Kindly submitted,

*/s/ Tamah Jada Clark*
TAMAH JADA CLARK
**PLAINTIFF**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com

TAMAH JADA CLARK
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville GA 30043



**USPS CERTIFIED MAIL**

9207 1901 4298 0404 5090 40

0009844570000011
Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303
USA






CERTIFIED MAIL

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM

JUN 28 2024

U.S. Marshals Service
Atlanta, GA

3030333309 C039

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

July 2, 2024

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, GA 30043
888-256-6692
PRO SE

Re: Tamah Jada Clark et al v. The State of Florida et al
Civil Action No.: 1:24-cv-116-JPB

Dear Ms. Clark:

On June 28, 2024, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__  Appeal fee $605.00  (Docketing fee $600.00 and Filing fee $5.00)

__X__  Application to proceed on appeal in forma pauperis.

__X__  Please complete the attached appeal information sheet as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: P. McClam
Deputy Clerk